THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GARY L. GAINES ) | |
| ) | |
| plaintiff, ) | |
| ) | |
| vs. ) | CIV 09-190-JHP-SPS |
| ) | |
| ) | |
| CHARLES PEARSON, ET AL. ) | |
| ) | |
| defendants. ) | |

AMENDED ORDER TAXING COSTS

The defendants filed a Bill of Costs on March 8, 2012 in the above referenced case. The Court entered judgment for the defendants and against the plaintiff on March 1, 2012 and an Amended Judgement on April 20, 2012. The Clerk taxes costs in favor of the defendants and against the plaintiff as follows:

| | |
|---|---:|
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ 641.80 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 38.64 |
| Docket fees under 28 U.S.C. 1923 | 10.00 |
| TOTAL | $690.44 |

ACCORDINGLY, the Clerk taxes costs in favor of the defendants in the total sum of $690.44 and to be included in the judgment.

**Dated this 20th day of April, 2012.**

*William B. Guthrie*
William B. Guthrie
Court Clerk
United States District Court
Eastern District of Oklahoma